UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

PENSACOLA DIVISION

Case No.:

**Care Associates, Inc., a California Corporation,**

    **Plaintiff,**

v.

**Cajun Operating Company, a Delaware Corporation,**

    **Defendant**

_____/

# COMPLAINT

Plaintiff Care Associates, Inc. ("CAI" or "Plaintiff"), a California corporation headquartered in California, by and through undersigned counsel and pursuant to controlling law, sues Defendant Cajun Operating Company, a Delaware Corporation headquartered in Georgia, stating as follows:

## GENERAL ALLEGATIONS

1. This is an action for damages exceeding Seventy- Five Thousand Dollars ($75,000), exclusive of interest, costs and attorney's fees.

2. CAI is a California corporation, organized and existing pursuant to the

laws of California, with its principal place of business in California.

3. Cajun Operating Company is a Delaware Corporation, organized and existing pursuant to the laws of Delaware, with its principal place of business in Georgia.

4. This Court has personal jurisdiction over the Defendant because it maintained a continuous presence for business purposes in Florida which gives rise to CAI's causes of action, they breached a contract to be performed in Florida, and have caused damage and disrepair to property in Florida.

5. Subject matter jurisdiction for this action is founded on diversity of citizenship, so jurisdiction is predicated on Title 28, United States Code, Section 1332(a)(1) and (c).

6. Venue for this action is conferred by the parties' written agreements and/or Title 28, United States Code, Section 1391(b)(2).

7. All conditions precedent to the maintenance of this action have been performed, waived, excused or have occurred.

8. Plaintiff has retained undersigned counsel to represent it in this action and is obligated to pay its counsel a reasonable fee for counsel's services.

## ALLEGATIONS COMMON TO ALL COUNTS

9. On or about July 1, 2005, Defendant Cajun Operating Company entered

into a Land and Building Lease (the "Lease", Exhibit A) with Lisa Joy Associates LLC for a certain restaurant premises located at 8958 N. Pensacola Boulevard, Pensacola, Florida (the "Property").

10. The Property was subsequently purchased by Flowing Stream LLC with the Lease assigned accordingly.

11. Thereafter, on or about March 25, 2017, the Property was purchased by Plaintiff Care Associates, Inc. and the Lease assigned to Plaintiff Care Associates, Inc. (the "Assignment", Exhibit B).

12. The Lease continues through December 27, 2024.

13. Pursuant to the Lease, Sec. 3.01-3.04, Defendant Cajun Operating Company is obligated to make certain rent payments to CAI.

14. As of March 2, 2022, Defendant Cajun Operating Company has failed to make any rent payments pursuant to the Lease.

15. Defendant's failure to pay rent is an event of default pursuant to the Lease Sec. 16.01(a).

16. Defendant's failure to pay rent further entitles CAI to late fees and interest pursuant to the Lease Sec. 16.05 and 16.06.

17. Defendant's failure to pay rent entitles CAI to its attorneys fees to enforce its rights pursuant to the Lease Art. XXXV and Florida law.

18. On or about July 15, 2022, CAI provided Defendant with a Notice of Default and Demand for Immediate Payment (the "Notice and Demand," Exhibit C).

19. Defendant failed to cure the default or otherwise act pursuant to the Notice and Demand.

20. Defendant has materially breached its contractual obligations to Plaintiff pursuant to the Lease by, but not necessarily limited to, failing to pay sums due and owing under the Lease.

21. Furthermore, Defendant is required to maintain the Property in good repair as required pursuant to the Lease, Sec. 7.01-7.02.

22. Based on information and belief, Defendant has failed to maintain the Property in good repair as required pursuant to the Lease, Sec. 7.01-7.02 and CAI is entitled to compensation for restoring the Property.

23. CAI has performed its obligations pursuant to the Lease.

**COUNT I**
**BREACH OF CONTRACT**

24. CAI realleges paragraphs 1 to 23 as if set forth fully herein.

25. CAI entered into a valid contract with Defendant Cajun Operating Company, by way of purchase of the Property and assignment of the Lease.

26. Defendant Cajun Operating Company materially breached its

contractual obligations to CAI as set forth in this Complaint.

27. CAI has suffered damages as a result of said material breach.

WHEREFORE Plaintiff Care Associates, Inc. demands judgment against Defendant Cajun Operating Company for all measures of damages allowed under controlling law, including, but not limited to, compensatory damages, late fees, interest, insurance amounts, tax amounts, costs, and attorney's fees pursuant to the Lease, and for such other and further relief as this Court deems just and proper.

## JURY TRIAL WAIVED

Pursuant to Lease Art. XXXII, a jury trial is waived.

Dated: September 29, 2022

                                        Respectfully submitted,

                                        **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
                                        *Attorneys for Plaintiff*
                                        100 Southeast Second Street – Suite 2100
                                        Miami, Florida 331312144
                                        Tel. (305) 374-4400/Fax (305) 579-0261

                                        By: */s/ Christopher W. Lee*
                                                CHRISTOPHER W. LEE
                                                Florida Bar No. 0122054
                                                christopher.lee@wilsonelser.com